UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MATCH-E-BE-NASH-SHE-WISH BAND OF POTTAWATOMI INDIANS, a Federally-Recognized Indian Tribe, <br><br> Plaintiff/Counter-Defendant, <br><br> v. <br><br> KEAN ARGOVITZ RESORTS, et al., <br><br> Defendants/Counter-Plaintiffs. | Case No.1:06-cv-0889 <br><br> Hon. Wendell A. Miles <br><br><br> JUDGMENT |

Pursuant to the Stipulation for Entry of Judgment on file herein, this Court orders the following Judgment to be entered in this case:

IT IS ADJUDGED that Defendants/Counter-Plaintiffs recover from Plaintiff/Counter-Defendant (the "Tribe") the amount of $250,000.00 (Two Hundred Fifty Thousand Dollars) payable on or before 5:00 p.m. Eastern Daylight Time on September 14, 2007, and $1,200,000 (One Million Two Hundred Thousand Dollars) payable on or before the date that the Tribe closes on the financing for the construction of its gaming facility ("the closing date"), plus interest at the applicable statutory interest rate to accrue in the event the Tribe fails to satisfy the Judgment by the closing date.

IT IS FURTHER HEREBY ADJUDGED that this Court shall retain jurisdiction to the extent necessary to enforce the terms of this Judgment and the parties' Settlement Agreement.

DATED:  September 14 , 2007

/s/ Wendell A. Miles
Hon. Wendell A. Miles
District Court Judge